UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ANDREW ACKERMAN,**

    Plaintiff,

v.                                                  CASE NO.  8:15-cv-280-T-EAJ

**CAROLYN W. COLVIN**,
**Acting Commissioner of Social Security,**

    Defendant.
_____/

## ORDER

On September 28, 2015, the court entered an Order to Show Cause (dkt. 17) why the case should not be dismissed for failure to file a memorandum of law.  Plaintiff filed his response on October 1, 2015 (dkt. 18).  In the Plaintiff's response, he seeks to voluntarily dismiss this matter.

Therefore, based on the Plaintiff's response, this case is dismissed.  The Clerk is hereby directed to terminate any pending motions and close this case.  Each party shall bear its own fees and expenses.

**DONE and ORDERED** at Tampa, Florida this __14th__ day of October, 2015.

ELIZABETH A JENKINS
United States Magistrate Judge